**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| **AMBER YOUNG, on behalf of herself and Those similarly situate present and Former Employees of Defendant,** )<br>)<br>)<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**CARING HANDS AND SUPPLEMENTARY ENRICHMENT EDUCATION, LLC OF VIRGINIA** )<br>)<br>)<br>)<br>*Defendant.* ) | Civil Action No. 2:22-cv-00091 |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Amber Young ("Ms. Young") and Defendant Caring Hands and Supplementary Enrichment Education, LLC of Virginia ("Caring Hands"), by and through their respective counsel, notify the Court that they have reached a tentative settlement agreement that will resolve all claims brought by Ms. Young in the above-captioned matter and hereby move this Court to approve the settlement in accordance with the requirements of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. The grounds for this Joint Motion are set forth more fully in the accompanying Memorandum in Support of Joint Motion for Approval of Settlement.

Dated:  September 7, 2022                    Respectfully submitted,

| **CARING HANDS AND SUPPLEMENTARY ENRICHMENT EDUCATION, LLC OF VIRGINIA** | **AMBER YOUNG** |

By:  */s/ Randy C. Sparks, Jr.*
Randy C. Sparks, Jr. (VSB No. 40723)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23129
Telephone: (804) 771-5700
Facsimile: (888) 360-9092
E-mail: rcsparks@kaufcan.com

*Counsel for Defendant Caring Hands and Supplementary Enrichment Education, LLC of Virginia*

By: */s/ Christopher Colt North*
Christopher Colt North (VSB No. 16955)
THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.
5629 George Washington Memorial Hwy.
Suite D
Yorktown, VA 23692
Telephone: (757) 873-1010
Facsimile: (757) 873-8375
Email: cnorthlaw@aol.com

*Counsel for Plaintiff Amber Young*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2022, a true copy of the foregoing JOINT MOTION FOR APPROVAL OF SETTLEMENT was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing (NEF) to the following counsel of record:

    Christopher Colt North, Esquire (VSB No. 16955)
    THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.
    5629 George Washington Memorial Hwy.
    Suite D
    Yorktown, VA 23692
    Telephone:  (757) 873-1010
    Facsimile:   (757) 873-8375
    E-mail:  cnorthlaw@aol.com
    *Counsel for Plaintiff*

      */s/ Randy C. Sparks, Jr.*
    Randy C. Sparks, Jr. (VSB No. 40723)
    KAUFMAN & CANOLES, P.C.
    Two James Center
    1021 East Cary Street, Suite 1400
    Richmond, VA 23129
    Telephone:  (804) 771-5700
    Facsimile:   (888) 360-9092
    E-mail:  rcsparks@kaufcan.com

    *Counsel for Defendant Caring Hands and Supplementary Enrichment Education, LLC of Virginia*